

# NUMBER 13-11-00604-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**YOLANDA HIGUERA LINAN, ET AL.,**                    **APPELLANTS,**

**v.**

**NELCOR PURITAN BENNETT INC., ET AL.,**                    **APPELLEES.**

---

### On Appeal from the 275th District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Appellants, Yolanda Higuera Linan, et. al, perfected an appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas, in cause number C-015-07-E. Appellants have filed a motion to withdraw the notice of appeal and requests that this Court disregard the notice of appeal.

The Court, having considered the documents on file and appellants' motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to withdraw is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
20th day of October, 2011.